# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

February 28, 2020

**VIA ECF**
The Honorable Nelson S. Roman
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  **United States v. Kevin Mallory**
     Docket No.: 15-Cr-00005 (NSR)-09

Dear Judge Roman:

Mr. Mallory is scheduled to appear before Your Honor this morning, Friday, February 28th, 2020 @ 11:30 a.m. Probation Officer Mulchay received an email from Mr. Mallory this morning advising him that Mr. Mallory was experiencing a medical emergency and was advised by his doctor to see a specialist immediately. As a result, it is unlikely that Mr. Mallory will be able to attend this morning's conference.

Thus, after consulting with Probation and the Government, the parties respectfully request that the scheduled conference be adjourned to a late March or early April date.

Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick

DLC/mw

cc:  AUSA Benjamin Gianforti, via email
     Probation Officer Kevin Mulchay, via email

---

**Handwritten memo endorsement:**

VOSR Interim Conf. adjourned from Feb. 28, 2020 until April 3, 2020 at 12:15 pm. Clerk of the Court requested to terminate the motion (doc. 309).

Dated: Mar. 2, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 3/2/2020