

**Robert J. Aiello**
**Deveraux L. Cannick**

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444  Fax (718) 803-9764
Email: info@aiellocannick.com

March 27, 2020

**VIA ECF**
The Honorable Nelson S. Roman
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> The VOSR Interim Conf. scheduled for April 3, 2020 is adjourned until June 4, 2020 at 10:30 am. The Clerk of the Court is requested to terminate the motion (doc. 312).
> Dated: March 27, 2020  SO ORDERED.
> Nelson S. Román, U.S.D.J.

Re:  United States v. Kevin Mallory
     Docket No.: 15-Cr-00005 (NSR)-09

Dear Judge Roman:

We are the attorneys for Kevin Mallory. Mr. Mallory is scheduled to appear before your Honor on April 3, 2020 for a status conference.

Given Mr. Mallory's medical issues and the coronavirus, the parties respectfully request that the matter be re-calendared to 45 to 60 days out.

Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick

DLC/ad

cc:  AUSA Benjamin Gianforti, via email
     Probation Officer Kevin Mulchay, via email

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2020