# AIELLO CANNICK
Your rights • Our business

**MEMO ENDORSED**

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803 9764
Email: info@aiellocannick.com

The application is  X  granted.
___ denied.

*[signature]*

Nelson S. Román, U.S.D.J.
Dated: May 26, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 314).

April 23, 2020

**VIA ECF**
The Honorable Judge Nelson S. Roman
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Kevin Mallory
    Docket No.: 15-Cr-00005 (NSR)-09

Dear Honorable Judge Roman:

Kevin Mallory is scheduled to appear before Your Honor on June 4, 2020 for a status conference on a Violation of Supervised Released. Due to scheduling conflict, we respectfully request that the matter be re-calendared to June 5, 2020 at 12pm.

Please know that Benjamin Gianforti, the Assigned Assistant, as well as Probation Officer Jeffrey Steimel consented our request.

Thank you in advance for your consideration.

Respectfully submitted,

*[signature]*
Deveraux L. Cannick

DLC/ad

cc: AUSA Benjamin Gianforti, via email
    Probation Officer Jeffrey Steimel, via email

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2020