# AIELLO CANNICK
## Your rights • Our business

**MEMO ENDORSED**

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

Of Counsel

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

May 26, 2020

VIA ECF
The Honorable Judge Nelson S. Roman
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Kevin Mallory
      Docket No.: 15-Cr-00005 (NSR) -09

Dear Honorable Judge Roman:

Kevin Mallory is scheduled to appear before Your Honor on June 5th, 2020 for a status conference on a Violation of Supervised Release. After discussion with your deputy, Ms. Sicora, Mr. Gianforti and Mr. Steimel, it was agreed to reschedule this conference to July 15th, 2020 at 11:00 a.m. to allow for an in-court appearance.

Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick

DLC/mw

cc:   AUSA Benjamin Gianforti, via email
      Probation Officer Jeffrey Steimel, via email

---

Interim VOSR Conf. adjourned from June 5, 2020 until July 15, 2020 at 11:00 am. Clerk of the Court requested to terminate the motion (doc. 317).

Dated: May 26, 2020

SO ORDERED.

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2020